# Court of Appeals
# of the State of Georgia

ATLANTA,  May 15, 2023

*The Court of Appeals hereby passes the following order:*

## A23E0051.  PATEL v. THE UNITED PARCEL SERVICES, INC.

Upon consideration of Appellant's "Emergency Petition for a Writ of Mandamus," entered on May 15, 2023, the same is DENIED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  05/15/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*